

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00019-CV

**IN THE ESTATE OF** George **CARSON**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2019-PC-3843
Honorable Oscar J. Kazen, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: November 15, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the parties who incurred them. *See id.* R. 42.1(d).

PER CURIAM